## FOGARTY v. ARMOUR AND COMPANY ET AL.

[No. 14,150.   Filed December 12, 1930.]

*William M. Fogarty,* for appellant.

*Herman L. McCray, Edward J. Boleman, Burrell Wright* and *Jacob S. White,* for appellee.

PER CURIAM.—Affirmed.

## ATLAS SECURITIES COMPANY v. HUDDLESTON ET AL.

[No. 14,102.   Filed December 17, 1930.]

*Louis Rosenberg* and *Salem D. Clark,* for appellant.

*John L. Rupe* and *Clarence M. Brown,* for appellees.

PER CURIAM.—Affirmed.

## LAGNEAU v. KNOX COUNTY FOURTH VEIN COAL COMPANY.

[No. 13,938.   Filed December 9, 1930.   Rehearing denied December 30, 1930.]

*John A. Riddle,* for appellant.

*Will H. Hays, Hinkle C. Hays, Alonzo C. Owens, W. Paul Stratton, John S. Taylor* and *J. Olias Vanier,* for appellee.

PER CURIAM.—Affirmed.